NUMBER 13-04-233-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________ _


THOMAS G. ALVIAR, ET AL., Appellants,


v.



HARTFORD ACCIDENT AND INDEMNITY

COMPANY, ET AL., Appellees.

_______________________________________________________ 


On appeal from the 117th District Court


of Nueces County, Texas.


______________________________________________________ _


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellants, THOMAS G. ALVIAR, ET AL., attempted to perfect an appeal from
an order entered by the 117th District Court of Nueces County, Texas, in cause no.
00-02206-B. 

 The documents on file in this cause fail to affirmatively reflect that this Court
has jurisdiction over this appeal. First, it appears that the order from which this appeal
is taken is not a final, appealable judgment. Second, it appears that parties have filed
suggestions of bankruptcy; however, the record fails to reflect that any bankruptcy
stay has been lifted or the case otherwise remanded to the trial court. Pursuant to
Tex. R. App. P. 42.3, notice of these defects was given so that steps could be taken
to correct the defects, if it could be done. Appellants were advised that, if the defects
were not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of jurisdiction. Appellants failed to file a response as
requested by this Court's notice. 

 The Court, having considered the documents on file and appellants' failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION. Any pending motions are denied as moot.

 PER CURIAM


Memorandum Opinion delivered and filed this

the 12th day of October, 2006.